USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024

THE KLEIN & CARDALI LAW GROUP, PLLC

39 Broadway, 35th Floor

New York, New York, 10006

Telephone: 212-344-9022 / 212-964-3855

Fax: 212-344-0301 / 212-634-4856

August 20, 2024

Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: August 20, 2024

Re:   24-cv-1855-AS
      **Tepepa et al v. The Ribbon Worldwide 44 LLC et al**

Your Honor:

This firm serves as co-counsel (along with Mr. Jeffrey Goldman) to Plaintiffs in the above matter. The parties are working on finalizing the settlement agreement for parties' signatures, which is currently due by Thursday August 22, 2024 for submission. We jointly request an extension of time to file the settlement agreement for *Cheeks* approval until Thursday September 5, 2024.

This is the parties' first request for an extension.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Darren Rumack
Darren Rumack

c.c.   Jeffrey Goldman (via ECF) Attorney for Plaintiffs
       Michael Yim (via ECF) Attorney for Defendants