```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

# FRANKLIN, GRINGER & COHEN

**ATTORNEYS AT LAW**

Glenn J. Franklin
Martin Gringer
Steven Elliot Cohen
Michael S. Mosscrop
Jasmine Y. Patel*
Danielle Mietus
*ADMITTED TO NY AND NJ

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131. FAX (516) 228-3136

September 4, 2024

**VIA ECF**
Hon. Stewart Aaron, U.S.M.J.
500 Pearl Street
Room 1970
New York, NY 10007
Tel: (212) 805-0274

Application GRANTED. SO ORDERED.
Dated: September 4, 2024

Re:   **Tepepa *et al.* v. The Ribbon Worldwide 44 LLC *et. al***
       **Index No. 24-cv-01855-(AS) – Settlement Conference Statement**

Dear Magistrate Judge Aaron,

We represent Defendants The Ribbon Worldwide 44 LLC d/b/a Bacall's Restaurant (hereinafter "The Ribbon") and Kenneth Sturm in the above-referenced matter. At the settlement conference before Your Honor, the parties have settled the matter in principle. The parties, however, are finalizing the negotiation of certain remaining terms.

We write to seek an adjournment of the date to submit motions to approve FLSA settlements for an additional two weeks. The current date is September 5, 2024. We request to submit motions on September 19, 2024. Counsel for Plaintiffs consent to this request. This is first request of the parties.

Very truly yours,

**FRANKLIN, GRINGER & COHEN, P.C.**

/s/
Michael D. Yim

Cc: Counsel for Plaintiffs (via ECF)

1